1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Jun 07, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:        CASE NO.    1:24-mj-00072-EPG

12 AFFIDAVIT IN SUPPORT OF A CRIMINAL      SEALING ORDER
   COMPLAINT AND FOR A SEARCH
13 WARRANT TO COLLECT DNA BUCCAL          **UNDER SEAL**
   SWABS
14

15

16                    **S E A L I N G   O R D E R**

17        Upon Application of the United States of America and good cause having been shown,

18        IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19 SEALED until further order of this Court.

20

21    Dated:   **Jun 7, 2024**

22                                          Hon. Erica P. Grosjean
                                            U.S. MAGISTRATE JUDGE
23

24

25

26

27

28

SEALING ORDER                                    1