UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NATHAN THOMAS BAPTISTA,<br><br>  Defendant. | CASE NO. 1:24-MJ-72-EPG<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrant in the above matter, be UNSEALED.

DATED: June 13, 2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE