HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NATHAN THOMAS BAPTISTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00143-KES-BAM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER |
| v. | |
| NATHAN THOMAS BAPTISTA, | |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record ARIN HEINZ, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

   1.   By previous order, Mr. Baptista was released on pretrial conditions. ECF Dckt. # 14.

   2.   The parties hereby stipulate to modify Condition 7(q), set forth in ECF Dckt. # 14. Pretrial services has been notified of this modification and has no objection.

       a)   Condition 7(q) currently requires Mr. Baptista to participate in the location monitoring program and be subject to home incarceration. The only exceptions to leave the home are for medical needs and for court appearances as approved by the pretrial services officer.

       b)   The parties hereby stipulate to modify condition 7(q) so that Ms. Baptista must: "remain inside your residence at all times except for medical needs or treatment, meetings with your lawyer, and court appearances pre-approved by the PSO. Further, you may attend an

educational intake appointment at 1:30 pm on 7/8/24, at 5058 Jones Street, Classroom 26, in Mariposa, CA, 95338. You must return to your home before 4:00 p.m."

IT IS SO STIPULATED.

Dated:  June 28, 2024         PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Arin Heinz*
                              ARIN HEINZ
                              Assistant United States Attorney

Dated:  June 28, 2024         */s/ Griffin Estes*
                              GRIFFIN ESTES
                              Counsel for Defendant
                              Nathan Thomas Baptista

### **ORDER**

GOOD CAUSE APPEARING, the above stipulation to modify Mr. Baptista conditions of release is hereby accepted and adopted as the order of this Court. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 28, 2024**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE