HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NATHAN THOMAS BAPTISTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00143-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |
| v. | |
| NATHAN BAPTISTA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record ARIN HEINZ, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

1. By previous order, Mr. Baptista was released on pretrial conditions. ECF Dckt. # 14.

2. The parties hereby stipulate to modify Condition 7(q), set forth in ECF Dckt. # 14. Pretrial services has been notified of this modification and has no objection.

   a) Condition 7(q) currently requires Mr. Baptista to participate in the location monitoring program and be subject to home incarceration.

   b) The parties hereby stipulate to modify so that Mr. Baptista is subject to a curfew rather than home incarceration. This modification will allow Mr. Baptista to conduct chores outside his residence. Condition 7 (q) should be modified starting where it indicates "home incarceration" in bold.  Rather than "home incarceration […]," condition 7(q) should state:

"Curfew. You are restricted to your residence every day from 12:00 p.m. (noon) to 10:00 a.m., or as adjusted by the Pretrial Services office or supervising officer for medical needs, court appearances, meetings with your counsel, or court ordered obligations. Between 10:00 AM and Noon, daily, you may leave your residence for the purposes of attending chores around your property."

IT IS SO STIPULATED.

Dated:  September 13, 2024                     PHILLIP A. TALBERT
                                               United States Attorney

                                               */s/ Arin Heinz*
                                               ARIN HEINZ
                                               Assistant United States Attorney

Dated:  September 13, 2024                     */s/ Griffin Estes*
                                               GRIFFIN ESTES
                                               Counsel for Defendant
                                               Nathan Thomas Baptista

**ORDER**

The parties' stipulation to modify Mr. Baptista conditions of release by imposing curfew rather than home incarceration is GRANTED.  The "home incarceration[…]" condition 7(q) shall now state:

"Curfew. You are restricted to your residence every day from 12:00 p.m. (noon) to 10:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical needs, court appearances, meetings with your counsel, or court ordered obligations. Between 10:00 AM and Noon, daily, you may leave your residence for the purposes of attending chores around your property."  All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 16, 2024**                 */s/ Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE