HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NATHAN THOMAS BAPTISTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00143-KES-BAM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER |
| v. | |
| NATHAN THOMAS BAPTISTA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record ARIN HEINZ, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

1. By previous order, Mr. Baptista was released on pretrial conditions. ECF Dckt. # 14.

2. The parties hereby stipulate to modify Condition 7(q), set forth in ECF Dckt. # 14. Pretrial services has been notified of this modification and has no objection.

   a) Condition 7(q) currently requires Mr. Baptista to participate in the location monitoring program and be subject to home incarceration.

   b) The parties hereby stipulate to modify so that Mr. Baptista can participate in a job interview at a local company.

   c) Currently, Mr. Baptista's home incarceration condition states:

   "Home Incarceration. You must remain inside your residence at all times except for

medical needs or treatment, meetings with your lawyer, and court appearances pre-approved by the PSO. Further, you may attend an educational intake appointment at 1:30 pm on 7/8/24, at 5058 Jones Street, Classroom 26, in Mariposa, CA, 95338. You must return to your home before 4:00 p.m."

d) The parties hereby stipulate to modify the condition so that it states:

"Home Incarceration. You must remain inside your residence at all times except for medical needs or treatment, meetings with your lawyer, and court appearances pre-approved by the PSO. Further, you may attend a job interview in Mariposa, California on Thursday, October 17, 2024. In order to do so, you may leave your home from 8:30 a.m. and you must return home by 12:30 p.m."

IT IS SO STIPULATED.

Dated: October 11, 2024         PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Arin Heinz*
                                ARIN HEINZ
                                Assistant United States Attorney

Dated: October 11, 2024         */s/ Griffin Estes*
                                GRIFFIN ESTES
                                Counsel for Defendant
                                Nathan Thomas Baptista

**ORDER**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Baptista conditions of release is hereby accepted and adopted as the order of this Court.  Mr. Baptista's home incarceration condition is hereby modified to state: "Home Incarceration. You must remain inside your residence at all times except for medical needs or treatment, meetings with your lawyer, and court appearances pre-approved by the PSO. Further, you may attend a job interview in Mariposa, California on Thursday, October 17, 2024. In order to do so, you may leave your home from 8:30 a.m. and you must return home by 12:30 p.m."

All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 11, 2024**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE