HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NATHAN THOMAS BAPTISTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00143-KES-BAM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND ORDER |
| v. | |
| NATHAN THOMAS BAPTISTA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record ARIN HEINZ, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

1. By previous order, Mr. Baptista was released on pretrial conditions. ECF Dckt. # 14.

2. The parties hereby stipulate to modify Condition 7(q), set forth in ECF Dckt. # 14. Pretrial services has been notified of this modification and has no objection.

    a) Condition 7(q) currently requires Mr. Baptista to participate in the location monitoring program and be subject to home incarceration.

    b) The parties hereby stipulate to modify 7(q) so that Mr. Baptista is now subject to home detention.

    c) The parties hereby stipulate to modify the condition so that it states:

    "Home Detention. You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health

treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf;."

IT IS SO STIPULATED.

Dated: October 21, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney

Dated: October 21, 2024

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
Nathan Thomas Baptista

## ORDER

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Baptista conditions of release is hereby accepted and adopted as the order of this Court. Mr. Baptista's home incarceration condition is hereby modified to home detention: "Home Detention. You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf;." All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 22, 2024**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE