HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NATHAN THOMAS BAPTISTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00143-KES-BAM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER |
| v. | |
| NATHAN THOMAS BAPTISTA, | |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record ARIN HEINZ, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

   1.   By previous order, Mr. Baptista was released on pretrial conditions. ECF Dckt. # 14.

   2.   The parties hereby stipulate to modify Condition 7(q), set forth in ECF Dckt. # 14, and subsequently modified by ECF Dckt. # 32. Pretrial services has been notified of this modification and has no objection.

      a)   Condition 7(q) currently requires Mr. Baptista to participate in the location monitoring program and be subject to home detention.

      b)   The parties hereby stipulate to modify 7(q) so that Mr. Baptista is now subject to a curfew during the week, and to home detention during the weekends.

      d)   The parties hereby stipulate to modify the condition so that it states:

"Curfew. You are restricted to your residence Monday through Friday, from 6 p.m. to 6 a.m. as directed by the pretrial services office or supervising officer. On Saturday and Sunday, you may leave your residence from 10 a.m. to 12 p.m."

IT IS SO STIPULATED.

Dated:  February 4, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney

Dated:  February 4, 2025

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
Nathan Thomas Baptista

### ORDER

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Baptista conditions of release is hereby accepted and adopted as the order of this Court. Mr. Baptista's home detention condition, condition 7(q), is hereby modified as follows: "Curfew. You are restricted to your residence Monday through Friday, from 6 p.m. to 6 a.m. as directed by the pretrial services office or supervising officer. On Saturday and Sunday, you may leave your residence from 10 a.m. to 12 p.m."

All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **February 5, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE