MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000143-KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| NATHAN BAPTISTA, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status conference on March 12, 2025.

2.     By this stipulation, defendant now moves to continue the status conference and to exclude time between March 12, 2025, and June 11, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government provided discovery to the defense on June 17, 2024. The discovery consisted of law enforcement reports, bodycam footage, photographs and video recordings. As investigation was ongoing, the Government provided additional discovery on July 3, 2024, July 15, 2024, July 29, 2024, September 4, 2024, and October 23, 2024. The most recent

discovery consisted of raw data and technical notes from the DNA testing performed in this case. Defense counsel is reviewing the raw data and technical notes and requires additional time to assess how the DNA results impact the case.

b)     The parties are continuing to discuss potential resolution of this case via a plea agreement. The parties believe they may be able to reach a plea agreement. The Government made a formal plea offer to the defense on September 23, 2024. Defense counsel is discussing the plea offer with his client.

c)     Defense counsel is continuing to investigate the case, including mitigation evidence that may exist for sentencing purposes. Defense counsel requests additional time to conduct his own independent investigation.

d)     The defendant asks the Court to exclude time between March 12, 2025, and June 11, 2025, to account for time to discuss the plea with the Government and defendant, to conduct his own investigation, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2025 to June 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 4, 2025                          MICHELE BECKWITH
                                               Acting United States Attorney

                                               /s/ ARIN C. HEINZ
                                               ARIN C. HEINZ
                                               Assistant United States Attorney


Dated:  March 4, 2025                          /s/ GRIFFIN ESTES
                                               GRIFFIN ESTES
                                               Counsel for Defendant
                                               NATHAN BAPTISTA

## ORDER

IT IS SO ORDERED that the status conference is continued from March 12, 2025, to **June 11, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 5, 2025**              ___/s/ Barbara A. McAuliffe___
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                 3
PERIODS UNDER SPEEDY TRIAL ACT